# United States District Court
## District of Massachusetts

| | |
|---|---|
| SHANE RITTMILLER            )  | |
|     Plaintiff    ) | ORDER ON APPLICATION |
|                                )  | TO PROCEED WITHOUT |
| v.            ) | PREPAYMENT OF FEES |
|                                ) | |
| EASTERN HAMPSHIRE DIST. COURT ) | |
|     Defendant    ) | Civil Action No. 04-30244-MAP |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒   GRANTED.

    ☒   The clerk is directed to file the complaint.

    ☒   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

    _____

ENTERED on  12/8/04  .

                                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge